# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*:  Aimee-Marette C. Pulley,
Attorney at Law, Bar No. 11246

Case No.: 2:25-ms-00047-APG

**ORDER OF SUSPENSION**

Attorney Aimee-Marette C. Pulley, State Bar No. 11246, was suspended by the State Bar of Nevada on June 18, 2025.  On February 20, 2026, I ordered Aimee-Marette C. Pulley to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1.  That order was mailed via certified mail and provided Aimee-Marette C. Pulley with 30 days to respond with reasons why she should not be suspended.  No response has been received.  Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Aimee-Marette C. Pulley, State Bar No. 11246 is suspended from practice in United States District Court for the District of Nevada.

DATED this 31st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31st day of March, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Aimee-Marette Pulley
3690 Cherokee Place SE
Marietta, GA 30067

Certified Mail No.: 9589 0710 5270 2964 7753 11

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada